**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

WANXIA LIAO,

    Plaintiff,

  v.

JAMES CAHILL,

    Defendant.

No. C 03-02906 SBA

**ORDER**

[Docket No. 131]

Before the Court is plaintiff Wanxia Liao's Ex Parte Motion to Set Aside the Clerk's Filing Fee Payment Notice (the "Motion") [Docket No. 131]. The facts of this matter are very lengthy and complex, but well known to the parties, so the Court will not repeat them here. Suffice it to say, Liao filed two appeals in this matter, one on March 29, 2004, *see* Docket No. 32, and one on March 13, 2006, *see* Docket No. 122. For each separate appeal, Liao requested to proceed *in forma pauperis* ("IFP"). *See* Docket Nos. 31, 121. Liao's first request was granted and denied in part, with her filing fee reduced from $255 to $50. *See* Docket No. 53. Her second request was denied. *See* Docket No. 123. Liao never paid either filing fee, nor did she pursue her appeals, which were dismissed for failure to prosecute. *See* Docket Nos. 74, 125, 128.

Subsequently, on October 16, 2007, the Clerk of the Court sent a Past Due Notice to Liao requesting she pay her appellate filing fees. *See* Docket No. 130. On November 27, 2007, the Clerk of the Court sent Liao two Second Notices of Payment Due.[1] *See* Docket Nos. 133-34. On December 20, 2007, Liao filed the Motion, arguing without any legal support, she should be excused from paying her filing fees, because she abandoned her appeals. Docket No. 131.

///

///

---

[1] Unlike the first notice, which addressed both fees in one notice, the Clerk of the Court sent a separate second notice for each fee. The Court notes both the first notice and the second notices incorrectly attempted to collect $510, rather than $305, by failing to account for the Court's reduction of Liao's 2004 appellate filing fee from $255 to $50.

On January 16, 2008, the Clerk of the Court sent Liao two Third and Final Past Due Notices.[2] *See* Docket No. 135.[3] The third notices advise Liao if she does not pay within 30 days, her fees will be referred to "the Administrative Office of the U.S. Courts for collection." *Id.* The notices also advise Liao that she may send a written request for a fee waiver to the Administrative Office of the U.S. Courts (the "AOC"). *Id.* According to the Clerk of the Court, Liao did not pay her fees within 30 days of her third notices. Thus, it referred these fees to the AOC for collection.

The Court holds that because the AOC provides an administrative process for challenging the collection of filing fees, Liao should exhaust this process before presenting this issue to this Court. The Court further holds, in the event Liao is unable to resolve her issue administratively with the AOC, then she may either re-file the Motion or file a new motion in this Court.

ACCORDINGLY, because Liao has not exhausted her administrative remedies with the AOC, the Court DENIES without prejudice her Ex Parte Motion to Set Aside the Clerk's Filing Fee Payment Notice [Document No. 131].

IT IS SO ORDERED.

August 5, 2008

_____
Saundra Brown Armstrong
United States District Judge

---

[2] Like the second notices, the Clerk of the Court sent a separate third notice for each appellate fee.

[3] Due to a change in posting policy, only the notice for the 2004 fee is posted on the docket.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAO, | Case Number: CV03-02906 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CAHILL, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wanxia Liao
7 Beatrice St.
Toronto, Ontario
M6J 2T2

Dated: August 6, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3